JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:22-cv-07903-RGK-ASx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| EMF TRADING, INC, ET AL., | |
| Defendant(s). | |

On March 10, 2023, the Court issued an Order to Show Cause [18] ("OSC"), which ordered plaintiff to respond in writing by March 17, 2023. On March 13, 2023, plaintiff filed a response [19] to the OSC. On March 16, 2023, the Court issued an order [20] dismissing defendant Alexander and issued a further OSC ordering Plaintiff to file a Motion for Default Judgment as to defendant V.V. Smoke Shop on or before March 30, 2023. To date no such Motion for Default Judgment has been filed. On April 3, 2023, the parties were notified [22] that they were not relieved of any deadlines or Court appearances until a dismissal of the action was filed.

The Court finds no good cause and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 4/6/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE